ISIDOR STEIN, Respondent, *v.* CLARENCE P. WHITMAN et al., Appellants.

*Stein* v. *Whitman,* 156 App. Div. 861, reversed.
(Submitted October 22, 1913; decided November 18, 1913.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May 29, 1913, which affirmed an order of Special Term overruling a demurrer to the complaint and granting a motion by plaintiff for judgment on the pleadings in an action on a bond.

The following question was certified: " Have causes of action been improperly united in the complaint ? "

*Edwin P. Kilroe* for appellants.

*Ludwig M. Wilson* for respondent.

Interlocutory judgment and order of the Appellate Division reversed and judgment ordered for defendants on demurrer, with one bill of costs, on dissenting opinion of LAUGHLIN, J., below, with leave to plaintiff to sever action on payment of such costs. Question certified answered in the affirmative.

Concur: CULLEN, Ch. J., GRAY, WERNER, COLLIN, CUDDEBACK, HOGAN and MILLER, JJ.